**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JENNIFER ELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 18-cv-03649-TDC |
| ) | |
| PRINCE GEORGE'S COUNTY ) | |
| PUBLIC SCHOOLS, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DISCLOSURE OF CORPORATE INTEREST

Defendants Prince George's County Public Schools and Board of Education of Prince George's County, by and through undersigned counsel, pursuant to L.R. 103.3, state that the Prince George's County Risk Management Fund, a non-party to this action, may have a financial interest in the outcome of this litigation.

Respectfully submitted,

  /s/ James E. McCollum, Jr.
James E. McCollum, Jr.
Federal Bar No. 06448

  /s/ Amit K. Sharma
Amit K. Sharma
Federal Bar No. 16660

McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740
Tel:    (301) 864-6070
Fax:    (301) 864-4351
jmccollum@jmlaw.net
asharma@jmlaw.net

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via the Court's CM/ECF system on this 7th day of January, 2019, to:

Paul Pompeo, Esquire
Christina Brenha, Esquire
Elliott Mogul, Esquire
Arnold & Porter Kay Scholer, LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Omar Gonzalez-Pagan, Esquire
Lamda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, New York 10005

Puneet Cheema, Esquire
Lamda Legal Defense and Education Fund, Inc.
1776 K Street, N.W., Suite 722
Washington, D.C. 20006

*Attorneys for Plaintiff*

                                                     _/s/ Amit K. Sharma_____
                                                     Amit K. Sharma