UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER ELLER,<br><br>        Plaintiff,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, PRINCE GEORGE'S COUNTY BOARD OF EDUCATION and MONICA GOLDSON,<br><br>        Defendants. | Case Number: 18-cv-03649 |

### ORDER GRANTING THE PARTIES' JOINT REQUEST TO STAY DISCOVERY AND TO AMEND THE SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Request to Stay Discovery and to Amend the Scheduling Order, filed on February 26, 2019. Having reviewed the papers and being fully advised, the Court **GRANTS** the request for good cause shown.

Accordingly, it is hereby **ORDERED** that:

1. The Rule 16 Case Management Conference scheduled for March 4, 2019 at 9:00am is suspended;

2. Proceedings in this case shall be stayed for thirty (30) days from the date of this Order;

3. Should the parties not reach a settlement by March 28, 2019 and inform the Court as such, proceedings in this case shall resume in accordance with the following schedule:

| | |
|---|---|
| April 1, 2019 at 4:00pm | Rule 16 Case Management Conference |
| May 6, 2019 | Motions to amend the pleadings or for joinder of additional parties |
| May 22, 2019 | Plaintiff's Rule 26(a)(2) expert disclosures |

| | |
|---|---|
| June 19, 2019 | Defendant's Rule 26(a)(2) expert disclosures |
| July 3, 2019 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| July 10, 2019 | Rule 26(e)(2) supplementation of disclosures and responses |
| September 20, 2019 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| September 27, 2019 | Requests for admission |

4. The parties shall be able to take ten (10) depositions each, instead of the 25 hours of deposition hours set forth in the Scheduling Order entered on February 12, 2019, Docket No. 23; and

5. All additional provisions in the February 12, 2019 Scheduling Order shall remain in effect.

**SO ORDERED** on this 26 day of February, 2019.

THEODORE D. CHUANG
United States District Judge