# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JENNIFER ELLER,

               Plaintiff,

     v.

PRINCE GEORGE'S COUNTY PUBLIC
SCHOOLS, PRINCE GEORGE'S COUNTY
BOARD OF EDUCATION and
MONICA GOLDSON,

               Defendants.

Case Number: 18-cv-03649

## JOINT REQUEST TO AMEND THE SCHEDULING ORDER

Plaintiff Jennifer Eller ("Plaintiff"), by and through her counsel, and Defendants Prince George's County Public Schools, Prince George's County Board of Education, and Monica Golson (collectively, "Defendants"), by and through their counsel, hereby jointly request the Court amend its Scheduling Order of February 26, 2019 (Doc. 28) as set forth below.  The purpose of this request is to allow the Parties an additional 60 days to complete discovery.  While the Parties have been working diligently in this matter to comply with discovery deadlines, they believe that the issues in the case, with multiple claims and parties, require additional time for investigation, including through expert discovery.  In addition, the extension will provide the extra time that Plaintiff's intended expert requires to prepare her report.  Accordingly, the Parties jointly request that the scheduling order be amended as follows:

| Proposed Deadline | Original Deadline | Deadline | Explanation for Requested Modification |
|---|---|---|---|
| July 22, 2019 | May 22, 2019 | Plaintiff's Rule 26(a)(2) expert disclosures | The requested modification of an additional sixty days will assist the parties in completing necessary discovery. |
| August 19, 2019 | June 19, 2019 | Defendant's Rule 26(a)(2) expert disclosures | The requested modification of an additional sixty days will assist the parties in completing necessary discovery. |
| September 3, 2019 | July 3, 2019 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | The requested modification of an additional sixty days will assist the parties in completing necessary discovery. |
| September 9, 2019 | July 10, 2019 | Rule 26(e)(2) supplementation of disclosures and responses | The requested modification of an additional sixty days will assist the parties in completing necessary discovery. |
| November 19, 2019 | September 20, 2019 | Completion of Discovery; submission of Post-Discovery Joint Status Report | The requested modification of an additional sixty days will assist the parties in completing necessary discovery. |
| November 26, 2019 | September 27, 2019 | Requests for admission | The requested modification of an additional sixty days will assist the parties in completing necessary discovery. |

Courts have "considerable discretion in managing and modifying the timing of pretrial discovery and other scheduling matters." *Brey Corp. v. LQ Mgmt., L.L.C.*, No. AW-11-CV-00718-AW, 2012 WL 3127023, at *2 (D. Md. July 26, 2012). Given that the parties are jointly requesting this limited extension of the discovery deadlines at an early stage of the litigation, none of the parties will be negatively affected by the entry of a 60-day extension.

For the foregoing reasons, the parties respectfully request amend its Scheduling Order of February 26, 2019 as set forth above.

Dated this 16th day of May, 2019.

Respectfully submitted,

_____/s/ Amit K. Sharma_____
James E. McCollum, Jr. (No. 06448)
Amit K. Sharma (No. 16660)
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740
Tel: (301) 864-6070
Fax: (301) 864-4351
jmccollum@jmlaw.net
asharma@jmlaw.net

*Attorneys for Defendants*

_____/s/ Thomas McSorley_____
Thomas McSorley (No. 18609)
Paul Pompeo*
Elliott Mogul*
ARNOLD & PORTER
    KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone:  +1 202.942.5000
Fax:  +1 202.942.5999
Email: tom.mcsorley@arnoldporter.com
         paul.pompeo@arnoldporter.com
         elliott.mogul@arnoldporter.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Fax: (212) 809-0055
Email: ogonzalez-pagan@lambdalegal.org

Puneet Cheema*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245, ext. 596
Email: pcheema@lambdalegal.org

*Attorneys for Plaintiff*

* Admitted *pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

    /s/ Thomas McSorley      
Thomas McSorley (No.  18609)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Email: tom.mcsorley@arnoldporter.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JENNIFER ELLER, | |
| Plaintiff, | |
| v. | Case Number: 18-cv-03649 |
| PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, PRINCE GEORGE'S COUNTY BOARD OF EDUCATION and MONICA GOLDSON, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT REQUEST TO AMEND THE SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Request to Amend the Scheduling Order, filed on May 16, 2019.  Having reviewed the papers and being fully advised, the Court **GRANTS** the request for good cause shown.

Accordingly, it is hereby **ORDERED** that:

1.  The case shall proceed in accordance with the following schedule:

| | |
|---|---|
| July 22, 2019 | Plaintiff's Rule 26(a)(2) expert disclosures |
| August 19, 2019 | Defendant's Rule 26(a)(2) expert disclosures |
| September 3, 2019 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| September 9, 2019 | Rule 26(e)(2) supplementation of disclosures and responses |
| November 19, 2019 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| November 26, 2019 | Requests for admission |

2.  All additional provisions in the February 26, 2019 Scheduling Order shall remain in

effect.

**SO ORDERED** on this \_\_\_ day of _____, 2019.

_____
THEODORE D. CHUANG
United States District Judge