# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER ELLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, PRINCE GEORGE'S COUNTY BOARD OF EDUCATION and MONICA GOLDSON,<br><br>　　　　Defendants. | Case Number: 18-cv-03649 |

## ORDER GRANTING THE PARTIES' JOINT REQUEST TO AMEND THE SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Request to Amend the Scheduling Order, filed on May 16, 2019. Having reviewed the papers and being fully advised, the Court **GRANTS** the request for good cause shown.

Accordingly, it is hereby **ORDERED** that:

1. The case shall proceed in accordance with the following schedule:

| | |
|---|---|
| July 22, 2019 | Plaintiff's Rule 26(a)(2) expert disclosures |
| August 19, 2019 | Defendant's Rule 26(a)(2) expert disclosures |
| September 3, 2019 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| September 9, 2019 | Rule 26(e)(2) supplementation of disclosures and responses |
| November 19, 2019 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| November 26, 2019 | Requests for admission |

2. All additional provisions in the February 26, 2019 Scheduling Order shall remain in effect.

**SO ORDERED** on this __17th__ day of __May__, 2019.

_____
THEODORE D. CHUANG
United States District Judge