## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JENNIFER ELLER,

             Plaintiff,

    v.

PRINCE GEORGE'S COUNTY PUBLIC
SCHOOLS,PRINCE GEORGE'S COUNTY
BOARD OF EDUCATION and
MONICA GOLDSON,

             Defendants.

Case Number: 18-cv-03649

## JOINT REQUEST TO AMEND THE SCHEDULING ORDER

Plaintiff Jennifer Eller ("Plaintiff"), by and through her counsel, and Defendants Prince George's County Public Schools, Prince George's County Board of Education, and Monica Golson (collectively, "Defendants"), by and through their counsel, hereby jointly request the Court amend its Scheduling Order of May 17, 2019 (Doc. 31) as set forth below.  The purpose for this request is to allow the Parties an additional two weeks to complete discovery requirements related to expert disclosures.  The extension will provide the extra time that Plaintiff's intended expert requires to prepare her report. The proposed modification would not alter the deadlines for the completion of discovery or requests for admission. Accordingly, the Parties jointly request that the scheduling order be amended as follows:

| Proposed Deadline | Original Deadline | Deadline | Explanation for Requested Modification |
|---|---|---|---|
| August 5, 2019 | July 22, 2019 | Plaintiff's Rule 26(a)(2) expert disclosures | The requested modification of an additional two weeks will grant the extra time that Plaintiff's intended expert requires to prepare her report. |
| September 3, 2019 | August 19, 2019 | Defendant's Rule 26(a)(2) expert disclosures | The requested modification of an additional two weeks will grant the extra time that Plaintiff's intended expert requires to prepare her report. |
| September 17, 2019 | September 3, 2019 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | The requested modification of an additional two weeks will grant the extra time that Plaintiff's intended expert requires to prepare her report. |
| September 23, 2019 | September 9, 2019 | Rule 26(e)(2) supplementation of disclosures and responses | The requested modification of an additional two weeks will grant the extra time that Plaintiff's intended expert requires to prepare her report. |
| November 19, 2019 | November 19, 2019 | Completion of Discovery; submission of Post-Discovery Joint Status Report | No change. |
| November 26, 2019 | November 26, 2019 | Requests for admission | No change. |
| December 3, 2019 | July 17, 2019 | Notice of Intent to File a Pretrial Dispositive Motion, see Case Management Order Part II.A | This deadline was inadvertently omitted from prior motions and, therefore, not extended. The parties seek to reset this deadline. |

Courts have "considerable discretion in managing and modifying the timing of pretrial discovery and other scheduling matters." *Brey Corp. v. LQ Mgmt., L.L.C.*, No. AW-11-CV-00718-AW, 2012 WL 3127023, at *2 (D. Md. July 26, 2012).  Given that the parties are jointly

requesting this limited extension of the expert-related discovery deadlines at an early stage of the litigation, none of the parties will be negatively affected by the entry of a two-week extension.

For the foregoing reasons, the parties respectfully request amend its Scheduling Order of May 17, 2019 as set forth above.

Dated this 19 day of July 2019.

Respectfully submitted,

/s/ Amit Sharma
James E. McCollum, Jr. (No. 06448)
Amit K. Sharma (No. 16660)
McCollum & Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740
Tel: (301) 864-6070
Fax: (301) 864-4351
jmccollum@jmlaw.net
asharma@jmlaw.net

*Attorneys for Defendants*

/s/ Paul Pompeo
Thomas McSorley (No.  18609)
Paul Pompeo*
Elliott Mogul*
ARNOLD & PORTER
    KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone:  +1 202.942.5000
Fax:  +1 202.942.5999
Email: tom.mcsorley@arnoldporter.com
        paul.pompeo@arnoldporter.com
        elliott.mogul@arnoldporter.com

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Fax: (212) 809-0055
Email: ogonzalez-pagan@lambdalegal.org

Puneet Cheema*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
1776 K Street NW, Suite 722
Washington, DC 20006
Telephone: (202) 804-6245, ext. 596
Email: pcheema@lambdalegal.org

*Attorneys for Plaintiff*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

_____/s/ Paul Pompeo_____
Paul Pompeo
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Email: tom.mcsorley@arnoldporter.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JENNIFER ELLER,<br><br>            Plaintiff,<br><br>   v.<br><br>PRINCE GEORGE'S COUNTY PUBLIC<br>SCHOOLS,PRINCE GEORGE'S COUNTY<br>BOARD OF EDUCATION and<br>MONICA GOLDSON,<br><br>            Defendants. | Case Number: 18-cv-03649 |

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT REQUEST
TO AMEND THE SCHEDULING ORDER**

This matter comes before the Court on the Parties' Joint Request to Amend the Scheduling Order, filed on July 19, 2019. Having reviewed the papers and being fully advised, the Court **GRANTS** the request for good cause shown.

Accordingly, it is hereby **ORDERED** that:

1. The case shall proceed in accordance with the following schedule:

| | |
|---|---|
| August 5, 2019 | Plaintiff's Rule 26(a)(2) expert disclosures |
| September 3, 2019 | Defendant's Rule 26(a)(2) expert disclosures |
| September 17, 2019 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| September 23, 2019 | Rule 26(e)(2) supplementation of disclosures and responses |
| November 19, 2019 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| November 26, 2019 | Requests for admission |
| December 3, 2019 | Notice of Intent to File a Pretrial Dispositive Motion |

2.  All additional provisions in the May 17, 2019 Scheduling Order shall remain in effect.

**SO ORDERED** on this 19 day of July, 2019.

_____
THEODORE D. CHUANG
United States District Judge