UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER ELLER,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, PRINCE GEORGE'S COUNTY BOARD OF EDUCATION and MONICA GOLDSON,<br><br>    Defendants. | Case Number: 18-cv-03649 |

## ORDER GRANTING THE PARTIES' JOINT REQUEST TO AMEND THE SCHEDULING ORDER

This matter comes before the Court on the Parties' Joint Request to Amend the Scheduling Order, filed on July 19, 2019. Having reviewed the papers and being fully advised, the Court **GRANTS** the request for good cause shown.

Accordingly, it is hereby **ORDERED** that:

1. The case shall proceed in accordance with the following schedule:

| | |
|---|---|
| August 5, 2019 | Plaintiff's Rule 26(a)(2) expert disclosures |
| September 3, 2019 | Defendant's Rule 26(a)(2) expert disclosures |
| September 17, 2019 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| September 23, 2019 | Rule 26(e)(2) supplementation of disclosures and responses |
| November 19, 2019 | Completion of Discovery; submission of Post-Discovery Joint Status Report |
| November 26, 2019 | Requests for admission |
| December 3, 2019 | Notice of Intent to File a Pretrial Dispositive Motion |

2. All additional provisions in the May 17, 2019 Scheduling Order shall remain in effect.

**SO ORDERED** on this 19 day of July, 2019.

/s/
THEODORE D. CHUANG
United States District Judge