IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER ELLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 18-cv-03649-TDC/TJS ) |
| PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, ET AL., | ) ) ) |
| Defendants. | ) ) |

## ORDER FOR MENTAL EXAMINATION

For the reasons stated in this Court's Letter Order (ECF No. 44), Defendants' Motion for Order for Mental Examination is GRANTED; and it is further

ORDERED, that Plaintiff submit to a mental examination on November 18, 2019, at 10:00 a.m., at 7610 Carroll Avenue, Suite 200, Takoma Park, Maryland 20912,[1] to be performed by Marcellus R. Cephas, M.D., MBA ("Dr. Cephas"), a board certified psychiatrist; and it is further

ORDERED, that Dr. Cephas' examination of Plaintiff may include a standard forensic psychiatric evaluation of Plaintiff, assessing pertinent background information including past personal history and experiences, psychiatric history, medical history, and Plaintiff's description of the nature and origin of her alleged psychiatric injury, and how it has unfolded over time to the present; and it is further

ORDERED, that Dr. Cephas may administer the following psychological tests: Davidson Trauma Scale, Hamilton Rating Scale for Depression (HAM-D), the Diagnostic and Statistical

---

[1] Plaintiff does not consent to the specified address. Plaintiff proposed that the examination take place in a private conference room at Arnold & Porter, 601 Massachusetts Avenue NW, Washington DC, 20001, at no cost to Defendants, and offered to arrange for the presence in the conference room of any materials required to conduct the psychological tests identified in this Order. Defendants did not agree to this request. Plaintiff reserves her right to move this Court for a change in the location of the examination.

Manual of Mental Disorders (DSM) IV and V Criteria for PTSD, the Mini-Mental State Examination (MMSE), the Mental Status Examination (MSE), the Minnesota Multiphasic Personality Inventory (MMPI), and the Beck Depression Scale; and it is further

ORDERED, that Dr. Cephas' examination may last up to five (5) hours; and it is further

ORDERED, that the raw data obtained during the mental examination of Plaintiff be provided to Dr. Ettner, Plaintiff's expert witness, on or before December 30, 2019; and it is further

ORDERED, that Dr. Cephas's examination be conducted in a trans-affirmative manner and that Plaintiff's gender identity be respected through the use of female pronouns.

_____  November 7, 2019
Timothy J. Sullivan
United States Magistrate Judge