IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER ELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 18-cv-03649-TDC |
| ) | |
| PRINCE GEORGE'S COUNTY ) | |
| PUBLIC SCHOOLS, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION FOR SETTLEMENT ORDER (LOCAL RULE 111)

Plaintiff Jennifer Eller and Defendant Board of Education of Prince George's County, by and through their respective undersigned counsel, respectfully move the Court to issue a Settlement Order pursuant to Local Rule 111.

Respectfully submitted:

| | |
|---|---|
| /s/ Lori B. Leskin | Omar Gonzalez-Pagan |
| Kevin A. Cline (D. Md. Bar No. 27793) | (admitted *pro hac vice*) |
| Jocelyn A. Wiesner (admitted *pro hac vice*) | Carl Charles (admitted *pro hac vice*) |
| ARNOLD & PORTER | Kell Olson (admitted *pro hac vice*) |
| KAYE SCHOLER LLP | LAMBDA LEGAL DEFENSE AND |
| 601 Massachusetts Ave., NW | EDUCATION FUND, INC. |
| Washington, DC  20001-3743 | 120 Wall Street, 19th Floor |
| Telephone:  +1 202.942.5000 | New York, NY 10005 |
| Fax:  +1 202.942.5999 | Telephone: (212) 809-8585 |
| kevin.cline@arnoldporter.com | Fax: (212) 809-0055 |
| jocelyn.wiesner@arnoldporter.com | ogonzalez-pagan@lambdalegal.org |
| | ccharles@lambdalegal.org |
| Lori B. Leskin (admitted *pro hac vice*) | kolson@lambdalegal.org |
| ARNOLD & PORTER | |
| KAYE SCHOLER LLP | Douglas F. Curtis (admitted *pro hac vice*) |
| 250 West 55th Street | ARNOLD & PORTER |
| New York, NY 10019-9710 | KAYE SCHOLER LLP |
| Telephone: +1 212.836.8000 | 70 West Madison Street |
| Fax: +1 212.836.8689 | Suite 4200 |
| lori.leskin@arnoldporter.com | Chicago, IL 60602-4231 |

Telephone: +1 312.583.2300
Fax: +1 312.583.2360
douglas.curtis@arnoldporter.com

*Attorneys for Plaintiff*

/s/ *James E. McCollum, Jr.*
James E. McCollum, Jr.
Amit K. Sharma
The McCollum Firm, LLC
7309 Baltimore Avenue, Suite 117
College Park, Maryland 20740
Tel: (301) 864-6070
Fax: (301) 864-4351
jmccollum@jmlaw.net
asharma@jmlaw.net

*Attorneys for Defendant*